### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Cynthia McLaughlin,            ) | |
|                                )                                  | |
|     Plaintiff,      ) | |
|                                )                                  | |
| v.                             )                                  | No.   1:21-cv-1091-DDD-GPG |
|                                )                                  | |
| Midland Credit Management, Inc., a   ) | |
| Kansas corporation,            ) | |
|                                )                                  | |
|     Defendant.      ) | |

### **NOTICE OF SETTLEMENT**

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant. Plaintiff hereby requests that this Court dismiss her claims against the Defendant without prejudice, with leave to reinstate by June 28, 2021.

Dated:  May 13, 2021

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
One of Plaintiff's Attorneys

David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps  (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 13, 2021, a copy of the foregoing **Notice of Settlement** was filed electronically.  Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on May 13, 2021.

Midland Credit Management, Inc.
c/o Theodore W. Seitz
Dykema Gossett PLLC
Capitol View, 201 Townsend Street
Suite 900
Lansing, Michigan 48933


/s/ David J. Philipps_____

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com