# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Cynthia McLaughlin, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   1:21-cv-1091-DDD-GPG |
| | ) |
| Midland Credit Management, Inc., a | ) |
| Kansas corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of her claims against Defendant, hereby stipulate to the dismissal of her claims with prejudice.

Dated:  May 26, 2021

One of Plaintiff's Attorneys

/s/ David J. Philipps_____

David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps  (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2021, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on May 26, 2021.

Midland Credit Management, Inc.
c/o Theodore W. Seitz
Dykema Gossett PLLC
Capitol View, 201 Townsend Street
Suite 900
Lansing, Michigan 48933


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com